MAHLAY v. THE STATE.

FISH, J. This case is controlled by the decision this day rendered in *Groves* v. *State.*

*Judgment reversed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 21, — Decided November 12, 1902.

Indictment for attempt to commit robbery. Before Judge Barrow. Chatham superior court. June 24, 1902.

*Robert L. Colding* and *John R. Cooper*, for plaintiff in error.
*W. W. Osborne, solicitor-general,* contra.